No. 71–1316. CRENSHAW, EXECUTOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1327. SCHWARTZ ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1329. WARZYNIAK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–1330. KATZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1333. WOLFE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1343. ROSSI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–1349. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–1351. BRENNEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–1409. UNITED STATES STEEL CORP. ET AL. v. UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–1421. BELL v. TAYLOR, EXECUTOR. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–1423. GREENE v. REAL ESTATE COMMISSION OF THE DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 71–1425. CENTRAL PENN NATIONAL BANK ET AL. v. TRUSTEES OF THE PROPERTY OF THE PENN CENTRAL TRANSPORTATION Co. C. A. 3d Cir. Certiorari denied.